(May 8, 1968)

JOHN L. SMITH, Respondent, v. VICTORY CONTAINER CORPORATION, Appellant.— MEMORANDUM BY THE COURT. Order affirmed, with $10 costs. In respondent's brief we note a willingness to co-operate with respect to pre-trial discovery, but the supervision of disclosure is vested in the court in which the action is pending. Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

(May 15, 1968)

In the Matter of PAUL S. HOBSON, SR., et al., Appellants, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, et al., Respondents.— Judgment affirmed, without costs. A summary proceeding under section 330 of the Election Law does not lie for the purposes set forth in the petition (*Matter of Kane* v. *Republican County Committee,* 17 A D 2d 707, affd. 12 N Y 2d 658). Petitioners are neither candidates nor parties aggrieved with standing to maintain this proceeding (*Matter of Kane* v. *Republican County Committee, supra; Matter of Donohue* v. *Cornelius,* 17 N Y 2d 390). Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

(May 16, 1968)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME FATUADO, Petitioner, v. CHARLES L. MCKENDRICK, as Warden of Wallkill Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied on the ground that there is no basis for departure from traditional orderly procedure so as to justify resort to such remedy while relator's appeal from the judgment of conviction is pending in the Appellate Division of the Supreme Court in the Second Judicial Department (*People ex rel. Keitt* v. *McMann,* 18 N Y 2d 257, 262). Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEAROLON NETTLES, Petitioner, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied as insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.